Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| JEREMY LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 6:25-CV-00737-AB |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the parties' stipulated motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et seq.*, and good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff is hereby awarded $8,325.00 in fees under the EAJA. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt

that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff but delivered to Plaintiff's attorney.

IT IS SO ORDERED.

DATED this __26th__ day of __February__, 2026.

*Amy M. Baggio*
HONORABLE AMY M. BAGGIO
UNITED STATES DISTRICT COURT JUDGE


Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691